THE NEW HAVEN STEAMBOAT COMPANY, Appellant, *v.* THE PROVIDENCE-WASHINGTON INSURANCE COMPANY, Respondent.

*New Haven Steamboat Co.* v. *Prov. Ins. Co.*, 10 App. Div. 278, reversed. (Argued April 28, 1899; decided June 6, 1899.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 28, 1896, which overruled plaintiff's exceptions ordered to be heard in the first instance by the Appellate Division, dismissed the complaint and directed judgment for the defendant.

*William J. Kelly* for appellant.

*Robert D. Benedict* for respondent.

Judgment reversed and new trial granted, costs to abide event, on opinion of BARRETT, J., below.
All concur.